## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: April S. Hiller aka April Spring Hiller**     **BK NO. 20-00308 HWV**
**Glenn E. Hiller aka Glenn Erwin Hiller**

**Chapter 13**

**Debtor(s)**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.


        Respectfully submitted,



        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322