Certificate Number: 15317-PAM-DE-034117979

Bankruptcy Case Number: 20-00308


15317-PAM-DE-034117979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2020, at 11:37 o'clock AM PST, Glenn E Hiller completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 20, 2020          By:   /s/Julie Dumlao

                                   Name: Julie Dumlao

                                   Title: Counselor