Certificate Number: 15317-PAM-DE-034117980

Bankruptcy Case Number: 20-00308



15317-PAM-DE-034117980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2020, at 11:37 o'clock AM PST, April S Hiller completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 20, 2020

By: /s/Julie Dumlao

Name: Julie Dumlao

Title: Counselor