```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00308-HWV
Glenn E. Hiller                                                     Chapter 13
April S. Hiller
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke             Page 1 of 1                   Date Rcvd: Mar 10, 2020
                               Form ID: ntcnfhrg           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db/jdb         +Glenn E. Hiller,    April S. Hiller,    519 Barnetts Run Road,    Warfordsburg, PA 17267-8570
5297971        +BB&T now Truist, Bankruptcy Section,     100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
5295632        +CitiBank,    Box 6500,    Sioux Falls, SD 57117-6500
5295633        +Commonwealth of Pennsylvania,    Collections Unit,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
5295634         Fire-X,    1011 McCauley Court,    Hagerstown, MD 21740-7115
5295635         Galliker Dairy Co.,    P.O. Box 159,    Johnstown, PA 15907-0159
5295636         M&T Bank,    P.O. Box 62182,    Buffalo, NY 14240-2182
5295638         M&T Bank,    P.O. Box 3340,    Buffalo, NY 14240-3340
5302573        +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
5295640        +State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
5295641        +The Herald Mail,    100 Summit Avenue,    Hagerstown, MD 21740-5563
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5295630         E-mail/Text: bankruptcy@bbandt.com Mar 10 2020 19:24:31      BB&T,    P.O. Box 2306,
                 Wilson, NC 27894
5295631         E-mail/Text: blackburnrussellco@yahoo.com Mar 10 2020 19:24:36       Blackburn Russell Co.,
                 P.O. Box 157,    Bedford, PA 15522-0157
5295639         E-mail/Text: camanagement@mtb.com Mar 10 2020 19:24:32      M&T Bank,    P.O. Box 62014,
                 Baltimore, MD 21264-2014
5295637         E-mail/Text: camanagement@mtb.com Mar 10 2020 19:24:32      M&T Bank,    P.O. Box 62146,
                 Baltimore, MD 21264-2146
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William C Cramer    on behalf of Debtor 2 April S. Hiller attorneycramer@williamcramer.com
              William C Cramer    on behalf of Debtor 1 Glenn E. Hiller attorneycramer@williamcramer.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Glenn E. Hiller, <br> aka Glenn Erwin Hiller, | Chapter 13 |
| **Debtor 1** | Case No. 1:20–bk–00308–HWV |
| April S. Hiller, <br> aka April Spring Hiller, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: April 22, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 10, 2020 |

ntcnfhrg (03/18)