IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| GLENN E. HILLER and | ) Case No. 1-bk-20-00308 |
| APRIL S. HILLER, | ) |
| | ) |
| Debtors. | ) |
| | ) Re: D.I.# 11, 15 |

## STIPULATION TO EXTEND DEADLINE
## TO OBJECT TO PLAN CONFIRMATION

IT IS HEREBY STIPULATED this 9th day of April 2020 by and between Debtors Glenn E. Hiller and April S. Hiller ("Debtors") and Manufacturers and Traders Trust Company d/b/a M&T Bank (the "Bank"), by and through their attorneys, that the Bank's deadline to object to confirmation of the Debtor's proposed Chapter 13 plan is extended through and including April 30, 2020.

| **LAW OFFICE OF WILLIAM C. CRAMER, ESQ.** | **McCARTER & ENGLISH LLP** |
|---|---|
| /s/ William C. Cramer, Esquire | /s/ Alexander Kerr, Esquire |
| William C. Cramer, Esquire | Alexander Kerr, Esquire |
| 220 Lincoln Way East | 1600 Market Street, 39th Floor |
| Chambersburg, PA 17201 | Philadelphia, PA 19103 |
| (T) 717-264-3711 | (T) 215.979.3800 |

ME1 33004182v.1

FILED
Harrisburg, PA

APR 13 2020

Clerk,
US Bankruptcy Court