UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLENN E. HILLER and<br>APRIL S. HILLER<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| GLENN E. HILLER and<br>APRIL S. HILLER<br>Respondent(s) | : | CASE NO. 1-20-bk-00308 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

a. Plan payment calculation sum of Lines 34, 35, 36 45.
b. Secured claims – Line 33d (Debtors plan does not provide
   for payments to lienholder on Warfordsburg real estate and
   Dott store equipment is not secured by estate property.)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.

    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  Charles J. DeHart, III
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

        BY:                /s/James K. Jones
                                  Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 29th day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

William Cramer, Esquire
220 Lincoln Way East
Chambersburg, PA   17201

                                              /s/Deborah A. Behney
                                              Office of Charles J. DeHart, III
                                              Standing Chapter 13 Trustee