UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLENN E. HILLER AKA: GLENN ERWIN HILLER   APRIL S. HILLER AKA: APRIL SPRING HILLER
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

GLENN E. HILLER AKA: GLENN ERWIN HILLER   APRIL S. HILLER AKA: APRIL SPRING HILLER
    Respondent(s)

CHAPTER 13

CASE NO: 1-20-00308-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 6, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 16, 2020.

2. A hearing was held and an Order was entered on October 14, 2020 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/   James K. Jones, Esq.
Id:   39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

Case 1:20-bk-00308-HWV   Doc 42   Filed 01/06/21   Entered 01/06/21 13:06:48   Desc
Page 1 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: GLENN E. HILLER
AKA: GLENN ERWIN HILLER
APRIL S. HILLER
AKA: APRIL SPRING HILLER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-20-00308-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| This hearing will be held telephonically using Courtcall. | Date: January 27, 2021 |
| | Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: January 6, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GLENN E. HILLER
AKA: GLENN ERWIN HILLER
APRIL S. HILLER AKA: APRIL SPRING HILLER

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

GLENN E. HILLER
AKA: GLENN ERWIN HILLER
APRIL S. HILLER AKA: APRIL SPRING HILLER

    Respondent(s)

CHAPTER 13

CASE NO: 1-20-00308-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 6, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| WILLIAM C. CRAMER, ESQUIRE<br>220 LINCOLN WAY EAST<br>CHAMBERSBURG, PA 17201- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| GLENN E. HILLER<br>519 BARNETTS RUN ROAD<br>WARFORDSBURG, PA 17267 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 6, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: GLENN E. HILLER
AKA: GLENN ERWIN HILLER
APRIL S. HILLER
AKA: APRIL SPRING HILLER

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

GLENN E. HILLER
AKA: GLENN ERWIN HILLER
APRIL S. HILLER
AKA: APRIL SPRING HILLER

    Respondent(s)

CHAPTER 13

CASE NO: 1-20-00308-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.