United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00308-HWV
Glenn E. Hiller  Chapter 7
April S. Hiller
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Glenn E. Hiller, April S. Hiller, 519 Barnetts Run Road, Warfordsburg, PA 17267-8570 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021                      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Kerr | on behalf of Creditor M&T Bank akerr@mccarter.com mrifino@mccarter.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William C Cramer | on behalf of Debtor 2 April S. Hiller attorneycramer@williamcramer.com |
| William C Cramer | |

on behalf of Debtor 1 Glenn E. Hiller attorneycramer@williamcramer.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 1:20-bk-00308-HWV
GLENN E. HILLER and APRIL S. :
HILLER, his wife, :
Debtors : Chapter 13

# ORDER CONVERTING CHAPTER 13 CASE TO ONE UNDER CHAPTER 7

Debtors in the above captioned case having filed a Motion to Convert their Chapter 13 case to one under Chapter 7, pursuant to Section 1307(a) of the Bankruptcy Code, the Court finding such Motion to be proper;

**IT IS HEREBY ORDERED AND DECREED** that Debtors' Chapter 13 case is converted to one under Chapter 7 of the Bankruptcy Code. Any funds remaining in the possession of the Bankruptcy Trustee shall be returned to Debtors.

Dated: January 12, 2021     By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)