In re:  Case No. 20-00308-HWV
Glenn E. Hiller  Chapter 7
April S. Hiller
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: tele341 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn E. Hiller, April S. Hiller, 519 Barnetts Run Road, Warfordsburg, PA 17267-8570 |
| 5295632 | + | CitiBank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5295633 | + | Commonwealth of Pennsylvania, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5295634 | | Fire-X, 1011 McCauley Court, Hagerstown, MD 21740-7115 |
| 5295635 | | Galliker Dairy Co., P.O. Box 159, Johnstown, PA 15907-0159 |
| 5302573 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5295638 | | M&T Bank, P.O. Box 3340, Buffalo, NY 14240-3340 |
| 5295636 | | M&T Bank, P.O. Box 62182, Buffalo, NY 14240-3340 |
| 5312253 | + | M&T Bank, Matthew J. Rifino, Esquire, 1600 Market Street, 39th Floor, Philadelphia, PA 19103-7242 |
| 5316077 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5295640 | + | State Farm Bank, P.O. Box 23025, Columbus, GA 31902-3025 |
| 5295641 | + | The Herald Mail, 100 Summit Avenue, Hagerstown, MD 21740-5563 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5295630 | | Email/Text: bankruptcy@bbandt.com | Jan 12 2021 19:13:00 | BB&T, P.O. Box 2306, Wilson, NC 27894 |
| 5297971 | + | Email/Text: bankruptcy@bbandt.com | Jan 12 2021 19:13:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5295631 | | Email/Text: blackburnrussellco@yahoo.com | Jan 12 2021 19:13:00 | Blackburn Russell Co., P.O. Box 157, Bedford, PA 15522-0157 |
| 5319027 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5295639 | | Email/Text: camanagement@mtb.com | Jan 12 2021 19:13:00 | M&T Bank, P.O. Box 62014, Baltimore, MD 21264-2014 |
| 5295637 | | Email/Text: camanagement@mtb.com | Jan 12 2021 19:13:00 | M&T Bank, P.O. Box 62146, Baltimore, MD 21264-2146 |
| 5319830 | | Email/Text: camanagement@mtb.com | Jan 12 2021 19:13:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Kerr | on behalf of Creditor M&T Bank akerr@mccarter.com  mrifino@mccarter.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William C Cramer | on behalf of Debtor 2 April S. Hiller attorneycramer@williamcramer.com |
| William C Cramer | on behalf of Debtor 1 Glenn E. Hiller attorneycramer@williamcramer.com |

TOTAL: 7

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)