United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00308-HWV
Glenn E. Hiller  Chapter 7
April S. Hiller
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 11, 2021      Form ID: 318      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn E. Hiller, April S. Hiller, 519 Barnetts Run Road, Warfordsburg, PA 17267-8570 |
| 5295633 | + | Commonwealth of Pennsylvania, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5295634 | | Fire-X, 1011 McCauley Court, Hagerstown, MD 21740-7115 |
| 5295635 | | Galliker Dairy Co., P.O. Box 159, Johnstown, PA 15907-0159 |
| 5302573 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5295636 | | M&T Bank, P.O. Box 62182, Buffalo, NY 14240-3340 |
| 5312253 | + | M&T Bank, Matthew J. Rifino, Esquire, 1600 Market Street, 39th Floor, Philadelphia, PA 19103-7242 |
| 5295638 | | M&T Bank, P.O. Box 3340, Buffalo, NY 14240-3340 |
| 5295641 | + | The Herald Mail, 100 Summit Avenue, Hagerstown, MD 21740-5563 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5295630 | | Email/Text: bankruptcy@bbandt.com | May 11 2021 18:50:00 | BB&T, P.O. Box 2306, Wilson, NC 27894 |
| 5297971 | + | Email/Text: bankruptcy@bbandt.com | May 11 2021 18:50:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5295631 | | Email/Text: blackburnrussellco@yahoo.com | May 11 2021 18:50:00 | Blackburn Russell Co., P.O. Box 157, Bedford, PA 15522-0157 |
| 5295632 | + | EDI: CITICORP.COM | May 11 2021 22:53:00 | CitiBank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5319027 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 19:06:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5295639 | | Email/Text: camanagement@mtb.com | May 11 2021 18:50:00 | M&T Bank, P.O. Box 62014, Baltimore, MD 21264-2014 |
| 5295637 | | Email/Text: camanagement@mtb.com | May 11 2021 18:50:00 | M&T Bank, P.O. Box 62146, Baltimore, MD 21264-2146 |
| 5319830 | | Email/Text: camanagement@mtb.com | May 11 2021 18:50:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5295640 | + | EDI: USBANKARS.COM | May 11 2021 22:53:00 | State Farm Bank, P.O. Box 23025, Columbus, GA 31902-3025 |
| 5316077 | | EDI: BECKLEE.COM | May 11 2021 22:53:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William C Cramer | on behalf of Debtor 2 April S. Hiller attorneycramer@williamcramer.com |
| William C Cramer | on behalf of Debtor 1 Glenn E. Hiller attorneycramer@williamcramer.com |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Glenn E. Hiller <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1249 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | April S. Hiller <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7880 <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00308–HWV | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Glenn E. Hiller  
aka Glenn Erwin Hiller

April S. Hiller  
aka April Spring Hiller

**By the court:**   *[signature]*

5/11/21

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**