United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-00308-HWV
Glenn E. Hiller  Chapter 7
April S. Hiller
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1
Date Rcvd: May 11, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn E. Hiller, April S. Hiller, 519 Barnetts Run Road, Warfordsburg, PA 17267-8570 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William C Cramer | on behalf of Debtor 2 April S. Hiller attorneycramer@williamcramer.com |
| William C Cramer | on behalf of Debtor 1 Glenn E. Hiller attorneycramer@williamcramer.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Glenn E. Hiller,<br>aka Glenn Erwin Hiller, | Chapter 7 |
| **Debtor 1** | Case No. 1:20−bk−00308−HWV |
| April S. Hiller,<br>aka April Spring Hiller, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−1249    xxx−xx−7880

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 11, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (10/20)